IN THE SUPREME COURT OF TEXAS

 No. 05-0666

 IN RE THE STATE OF TEXAS, BY AND THROUGH
 THE TEXAS DEPARTMENT OF TRANSPORTATION

 On Petition for Writ of Mandamus

ORDERED:

 Real party in interest's Motion for Clarification is granted in part.

 1. The Court's order dated August 18, 2005, granting relators'
 emergency motion for temporary relief, filed August 18, 2005, is
 amended.

 Paragraph 1 of the Court's August 18, 2005, order shall read as
follows:

 To the extent that the Thirteenth Court of Appeals' order
 dated August 11, 2005, in Cause No. 13-05-460-CV, styled Americo
 Energy Resources, LLC v. The State of Texas, by and through The Texas
 Department of Transportation, (the Court of Appeals' Order) interferes
 with any party's right or ability to seek or be granted relief,
 including a temporary restraining order or other injunctive relief,
 that order is stayed pending further order of this Court. Except as
 herein provided, the Court of Appeals' Order remains in full force and
 effect.

 2. Paragraph 2 shall read as follows:

 The real party in interest is requested to respond to the
 petition for writ of mandamus on or before 3:00 p.m., August 23, 2005.

 Done at the City of Austin, this August 19, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas